UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.       Case No. 8:22-cv-1725-TPB-JSS

NATHANIEL ESALOMI

    Defendant.

_____/

## STIPULATED PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 6.02, this matter comes before the Court on the United States' Motion for a Temporary Restraining Order and Preliminary Injunction against the defendant Nathaniel Esalomi, based on alleged violations of the Controlled Substances Act, 21 U.S.C. § 842(a)(1) with the supporting Declaration of ShaaKira Hamm (Doc. 3), and the Complaint for Temporary Restraining Order and Preliminary and Permanent Injunction (Doc. 1). The Court entered a Temporary Restraining Order ("TRO") on August 2, 2022, which has been extended until the Court enters an Order on the United States' request for a Preliminary Injunction. Doc. 20.

Defendant, without admitting or denying any of the allegations contained in the Complaint and related filings, except that he admits to the Court's jurisdiction over him and over the subject matter of this action, hereby agrees to the entry of this Preliminary Injunction. Upon consideration of the parties' agreement and the record

1

in this case, and because the parties are amenable to extending the relief granted in the TRO, and at this time wish to avoid the delay, uncertainty, and expense of an evidentiary hearing, the defendant and the United States agree to a preliminary injunction restraining the conduct specified in this order during the pendency of this litigation. Accordingly, the Court **ORDERS** the following:

The defendant Nathaniel Esalomi is preliminarily **RESTRAINED** and **ENJOINED** from directly or indirectly (i) administering, dispensing, or distributing any controlled substance, as those terms are defined in the Controlled Substances Act, 21 U.S.C. § 802; (ii) serving as a manager, owner, or operator of any entity, including a pain clinic or pharmacy, that administers, dispenses, or distributes controlled substances; (iii) applying for or seeking renewal of any DEA certificate of registration on his behalf or on behalf of any corporate entity; and (iv) altering, deleting, destroying, mutilating, or transferring any record within his possession, custody, or control related to his dispensing of controlled substances, including, without limitation, at Apexx Pharmacy, LLC.

Nothing in this injunction shall be considered a waiver of a defendant's Fifth Amendment right against compulsory self-incrimination or the United States' right to challenge the appropriateness of, or seek an adverse inference from, any such invocation. Furthermore, nothing in this injunction shall be considered consent to a stay or closure of this civil action or a waiver of the United States' right to pursue through discovery and final judgment the United States' civil claims under 21 U.S.C.

§ 842(a)(1), including permanent injunctive relief and civil penalties, pending resolution of parallel criminal and administrative matters. Finally, notwithstanding this stipulation, the defendant may after conferring in good faith with counsel for the United States request that the Court conduct an evidentiary hearing to contest this preliminary injunction at any time during the pendency of this litigation. As provided in Rule 65(a)(2), that hearing may be consolidated with a trial on the merits to the extent that the parties have completed discovery by the time of the defendant's request.

Rule 65(d), Federal Rules of Civil Procedure, delineates the persons bound by this injunction, which shall remain in effect until further order of this Court.

ORDERED, this 20th day of Sept 2022.

/s/ 
THOMAS BARBER
United States District Judge

Respectfully submitted on this 9th day of September, 2022,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General, Civil Division

ARUN G. RAO
Deputy Assistant Attorney General
Civil Division

GUSTAV W. EYLER

ROGER HANDBERG
United States Attorney

/s/Carolyn B. Tapie
CAROLYN B. TAPIE
Assistant United States Attorney
USA No. 190
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6380