UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 8:22-CV-01725-TPB

NATHANIEL ESALOMI,

Defendant.
_______________________________/

**DEFENDANT'S ANSWER TO COMPLAINT**

The Defendant, NATHANIEL ESALOMI, by and through his undersigned counsel, hereby files this Answer to the Complaint.

**ANSWER**

Mr. Esalomi responds to the corresponding allegation of Plaintiff's Complaint as follows:

**INTRODUCTION**

1. Without Knowledge so denied.

2. Denied.

3. Denied.

4. Denied.

**JURISDICTION AND VENUE**

5. Admit.

6. Admit.

**PARTIES**

7. Admit

8. Admit.

**LEGAL BACKGROUND**

9. Denied.

10. Without knowledge so Denied.

11. Without knowledge so Denied.

12. Without knowledge so Denied.

13. Without knowledge so Denied.

14. Without knowledge so Denied.

15. Without knowledge so Denied.

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Admit.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Admit.

44. Admit.

45. Admit.

## FACTUAL ALLEGATIONS

46. Without knowledge so Denied.

47. Denied.

48. Denied.

49. Denied.

50. Without knowledge so Denied.

51. Without knowledge so Denied.

52. Without knowledge so Denied.

53. Admit.

54. Denied.

55. Denied.

56. Denied.

57. Without knowledge so Denied.

58. Admit.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

## COUNT I

81. Denied.

82. Admit.

83. Denied.

84. Denied.

## COUNT II

85. Denied.

86. Admit.

87. Denied.

## COUNT III

5. Denied.

6. Admit.

7. Denied.

8. Denied.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Elizabeth M. Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 9th day of September, 2025.

*/s/ Jeffrey G. Brown*

JEFFREY G. BROWN, ESQ.
Brown Doherty Little
1646 W Snow Ave., #16
Tampa, FL 33606
(727) 299-0099, Ext. 1
FBN 832431
jeff@lawbdl.com